UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAMRUL ISLAM, A245 833 369, | |
| Petitioner, | CIVIL ACTION NO. 3:26-cv-00090 |
| v. | (SAPORITO, J.) |
| TODD M. LYONS, Acting Director, Immigration and Customs Enforcement, et al., | |
| Respondents. | |

## ORDER

AND NOW, this 22nd day of April, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1.    The petition (Doc. 1) is **GRANTED**;

2.    The government shall either provide Islam with an individualized bond hearing **within twenty-one (21) days** after entry of this order or release Islam on his own recognizance, pursuant to 8 U.S.C. § 1226(a);

3.    At this individualized bond hearing, the government shall bear the burden of proving by clear and convincing evidence that the petitioner's continued detention is necessary to prevent him from fleeing or harming the community;

4.    The parties shall file a written notice of the outcome of this individualized bond determination by an immigration judge **within seven (7) days** after the date of the hearing; and

5.    The clerk is directed to mark this case as **CLOSED**.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge

- 2 -